# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

NO: CW 05-01223

DAVID W. DUHON
VERSUS
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

FILED: 09/16/05

On application of David Duhon for Supervisory Writ in No. 101,170-E on the docket of the Sixteenth Judicial District Court, Parish of Iberia, Honorable Keith Rayne Jules Comeaux.

|  |  |
|---|---|
| David W. Groner<br>Frank Edward Barber<br>April N. Petry | Counsel for:<br>David Duhon |
| M. Katherine P. Martin | Counsel for:<br>State Farm Mutual Automobile Insurance Company |

Lake Charles, Louisiana, on September 19, 2005.

**WRIT GRANTED AND MADE PEREMPTORY**.

We find that the trial court erred in denying the motion to strike the demand for jury trial. A jury bond must be filed within the time period ordered by the trial court pursuant to La.Code Civ.P. art. 1734. *Riddle v. Bickford*, 00-2408 (La. 5/15/01), 785 So.2d 795. Therefore, we hereby reverse the trial court's ruling denying the motion to strike the jury demand and remand this matter to the trial court for further proceedings in accordance with this court's ruling herein. We also grant the plaintiffs-relators' request that this court designate its opinion for publication.

_____  _____  _____
S. R. C.                  J. C. P.                  J. T. G.